# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 153 MAL 2023
:
Respondent   :
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
v.   :
:
:
SEAN M. DONAHUE,   :
:
Petitioner   :

COMMONWEALTH OF PENNSYLVANIA,   :    No. 154 MAL 2023
:
Respondent   :
:
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
v.   :
:
:
SEAN M. DONAHUE,   :
:
Petitioner   :

COMMONWEALTH OF PENNSYLVANIA,   :    No. 155 MAL 2023
:
Respondent   :
:
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
v.   :
:
:
SEAN M. DONAHUE,   :
:
Petitioner   :

COMMONWEALTH OF PENNSYLVANIA,   :    No. 156 MAL 2023
:
Respondent   :
:
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
v.   :

SEAN M. DONAHUE, :
:
Petitioner :
:
COMMONWEALTH OF PENNSYLVANIA, : No. 157 MAL 2023
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
SEAN M. DONAHUE, :
:
Petitioner :
:
COMMONWEALTH OF PENNSYLVANIA, : No. 158 MAL 2023
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
SEAN M. DONAHUE, :
:
Petitioner :
:
COMMONWEALTH OF PENNSYLVANIA, : No. 159 MAL 2023
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
SEAN M. DONAHUE, :
:
Petitioner :
:
COMMONWEALTH OF PENNSYLVANIA, : No. 160 MAL 2023
:
Respondent :
:

[153 MAL 2023, 154 MAL 2023, 155 MAL 2023, 156 MAL 2023, 157 MAL 2023, 158
MAL 2023, 159 MAL 2023 and 160 MAL 2023] - 2

|  |  |  |
|---|---|---|
|  | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
|  | : |  |
|  | : |  |
| SEAN M. DONAHUE, | : |  |
|  | : |  |
| Petitioner | : |  |

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.

[153 MAL 2023, 154 MAL 2023, 155 MAL 2023, 156 MAL 2023, 157 MAL 2023, 158 MAL 2023, 159 MAL 2023 and 160 MAL 2023] - 3